UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY OLIVER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) CV423-178<br>)<br>MCLANE, BEDNARSKI, )<br>& LITT, L.L.P., *et al.*, )<br>)<br>)<br>Defendants. ) | |

## ORDER

Before the Court is Plaintiff Anthony Oliver's motion seeking an extension of time to respond to Defendants' Motion to Dismiss, doc. 6. Doc. 8. Defendants' deadline to respond to the extension request is July 20, 2023, which is after Plaintiff's July 14, 2023 deadline to respond to the Motion to Dismiss. *See* S.D. Ga. L. Civ. R. 7.5; *see also* doc. 6 (Motion to Dismiss filed June 30, 2023); doc. 8 (extension request filed July 6, 2023). Accordingly, Plaintiff's deadline to respond to the Motion to Dismiss is **STAYED** until July 14, 2023. Defendants are **DIRECTED** to file a response to the extension request, doc. 8, no later than July 13, 2023 indicating whether they oppose the request. The Court will provide the

parties with further instructions pending Defendants' compliance with that direction.

**SO ORDERED**, this 10th day of July, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA