AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTHONY OLIVER

                  Plaintiff,

**JUDGMENT IN A CIVIL CASE**

                  **v.**

CASE NUMBER:   CV 423-178

MCLANE, BEDNARSKI, & LITT, L.L.P.;
DAVID MCLANE; BARRETT LITT;
MARILYN BEDNARSKI; and DOES 1-10,

                  Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered March 15, 2024, Plaintiff's motion to remand is denied, Defendants' motion to dismiss is denied as moot, and Defendants' renewed motion to dismiss is granted.  This case stands closed.



3/15/2024
_Date_

John E. Triplett, Clerk of Court
Clerk

_(By) Deputy Clerk_

GAS Rev 10/2020